UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION DIVISION

| IN RE: | CASE NO.   6:14-bk-08537-ABB |
|---|---|
| LUIS DELGADO | |
| Debtor | CHAPTER 13 |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Laurie K Weatherford files this Notice of Final Cure Payment.

### CLAIM(S) PROVIDED FOR IN CHAPTER 13 PLAN

The claim listed below was provided for in the confirmed Chapter 13 Plan pursuant to the orders of this court, through May 2018, which is the final month of the Debtor's plan duration. The amount required to cure the default in the claim listed below has been paid in full:

**CREDITOR: US BANK TRUST NATIONAL ASSOCIATION - TRUSTEE OF**

| Court Claim # | Account Number | Description | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 8261 | Ongoing Mortgage | $92,454.93 | $35,511.37 | $35,511.37 |
| 203 | 8261 | Gap Pay | $1,596.68 | $1,596.68 | $1,596.68 |
| | | | | | $37,108.05 |

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 6:14-bk-08537-ABB

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Final Cure Payment** was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12th day of June 2018.

Luis Delgado, 4603 Belvidere St, Orlando, FL  32809

Electronic Service - James T Harper Jr, My Law Solution, 260 N Tropical Trail, Ste 105, Merritt Island, FL  32953

Us Bank Trust National Association - Trustee Of, The Preston Ridge Partners Investments Ii Trust, 323 5Th Street, Eureka, CA  95501

Electronic Service - United States Trustee

/S/ LAURIE K WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Ana DeVilliers
FL Bar No. 0123201
Attorney for Trustee
PO Box 3450
Winter Park, FL   32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com